# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ALBERT HERNANDEZ                                                                                                PLAINTIFF
ADC #065214

v.                                            No. 5:10CV00340 JLH/JTR

CORRECTIONAL MEDICAL SERVICES, INC., et al.                                    DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 29th day of November, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE